IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EC-C, JR., et. al., | CASE NO. 5:13-cv-03344 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE RE: SANCTIONS** |
| v. | |
| UNITED STATES OF AMERICA, et. al., | |
| Defendant(s). | |

After failing to respond to and comply with multiple notices sent by the clerk, the court issued an order on October 9, 2013, requiring Plaintiffs' counsel to e-mail electronic copies of the Complaint and supporting documents within 10 days so that those documents could be filed on ECF. See Docket Item No. 14. The court advised Plaintiffs' counsel that "[f]ailure to comply with this order may result in the imposition of monetary or other sanctions on a daily basis until the failure to comply with the General Order has been remedied."

Plaintiffs' counsel has not complied with the order as directed, and the court is unable to proceed with this action without the requested documents. Accordingly, Plaintiffs' counsel is ordered to appear before the Honorable Edward J. Davila on **November 22, 2013, at 11:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions or the dismissal of this action, on Plaintiffs' counsel for willful disobedience of a court order.

1

CASE NO. 5:13-cv-03344 EJD
ORDER TO SHOW CAUSE RE: SANCTIONS

Plaintiffs' counsel may request that this Order to Show Cause be vacated by filing a return demonstrating compliance with the order to submit documents on or before **4:00 p.m. on November 15, 2013.**

In light of this Order to Show Cause, the Case Management Conference scheduled for November 15, 2013, is VACATED and will be reset by the court if necessary.

**IT IS SO ORDERED.**

Dated: October 30, 2013

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:13-cv-03344 EJD
ORDER TO SHOW CAUSE RE: SANCTIONS