IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EC-C, JR., et. al., | CASE NO. 5:13-cv-03344 EJD |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE; SCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, et. al., | |
| Defendant(s). | |

Having considered the statements of counsel at the hearing on November 22, 2013, and good cause appearing therefor, the Order to Show Cause issued October 30, 2013 (see Docket Item No. 15), is DISCHARGED.

The court schedules a Case Management Conference for **January 17, 2014, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **January 10, 2014.**

**IT IS SO ORDERED.**

Dated:  November 22, 2013

EDWARD J. DAVILA
United States District Judge