IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EC-C, JR., ET AL., | CASE NO. 5:13-CV-03344-EJD |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |

This matter is currently set for a Case Management Conference on January 17, 2014. Having reviewed the parties' Joint Case Management Conference Statement, Dkt. Item No. 23, the court finds that a conference would not be productive at this time and hereby VACATES the conference. The court shall set a Case Management Conference, if necessary, in its anticipated order on the Motion to Dismiss, Dkt. Item No. 21.

**IT IS SO ORDERED.**

Dated:  January 14, 2014

EDWARD J. DAVILA
United States District Judge