UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EC-C, JR., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 5:13-cv-03344-EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

Having reviewed the parties' Joint Statement filed on November 24, 2014 (Docket Item No. 33), the court orders as follows:

1. Plaintiffs shall file the Petition for Approval of Minor's Compromise on or before **December 24, 2014.**

2. The hearing on the Order to Show Cause re: Settlement issued on August 15, 2014, is CONTINUED to **10:00 a.m. on February 26, 2015**. On or before **February 19, 2015**, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of the settlement and any amount of additional time necessary to finalize and file a dismissal.

**IT IS SO ORDERED.**

Dated: December 1, 2014

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:13-cv-03344 EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE