MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
JAMES A. SCHARF (CABN 152171)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Defendant
United States of America

**FILED**
FEB 2 6 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EC-C, JR., BY AND THROUGH HIS GAL, EDWARDO CASTILLO-CASTRO, SR., ET AL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C 13-03344 EJD<br><br>[PROPOSED] ORDER |

[PROPOSED] ORDER

The Court has reviewed the Declarations of James A. Scharf filed in this action and their exhibits regarding settlement of the minors' claims. In light of the information contained therein, the Court finds that the settlements of the claims of EC-C, Jr., and MC-C, minors, are fair, reasonable, just and in their best interest. Therefore, the Court hereby approves said compromise of the minors' claims, and authorizes Edwardo Castillo-Castro, Sr., as their court appointed guardian ad litem, to proceed with this settlement on their behalf.

[PROPOSED] ORDER
C 13-03344 EJD

The parties are ordered to submit a Proposed Order within thirty days from the date of the entry of this Order that sets forth the amount of the minors' net settlement proceeds and how those proceeds will be protected (e.g., through an annuity or a blocked savings account).

IT IS SO ORDERED.

Dated: 2/26/15

HON. EDWARD J. DAVILA
United States District Judge